JOSEPH E. DWORAK, CA STATE BAR NO. 88265
CHRISTINE H. LONG, CA STATE BAR NO. 199676
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
joseph.dworak@berliner.com
christine.long@berliner.com

ATTORNEYS FOR PLAINTIFFS JOHANNES LEO AND
LEO INVESTMENT GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHANNES LEO AND LEO INVESTMENT GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINA YUNI, ET AL., <br><br> Defendants. | CASE NO. C-99-5367 PJH <br><br> ORDER CONTINUING EXAMINATION OF CHRISTINA YUNI AND PAUL FRIEDMAN |

ORDER

Upon review of the stipulation of the parties, IT IS HEREBY ORDERED that the examination of Defendant Christina Yuni and Paul Friedman be continued from November 7, 2007 until such other date as the court may direct thereafter, to be no more than two weeks, and that Defendant Christina Yuni and Paul Friedman are ordered to appear at the next court ordered hearing.

IT IS SO ORDERED that the judgement debtor exam be continued to November 28, 2007 @ 9:30 a.m. in Ctrm F before Chief Magistrate Judge James Larson.

DATED: November 13, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

CASE NO. C-99-5367 PJH -1-
ORDER